# Supreme Court of Kentucky

2023-SC-0011-MR

V.H.                                                                                              APPELLANT


|  | ON REVIEW FROM COURT OF APPEALS |
|---|---|
| V. | CASE NO. 2022-CA-1023 |
|  | JEFFERSON CIRCUIT COURT NO. 20-J-502526-001 |
|  | BRECKINRIDGE CIRCUIT COURT |
|  | NOS. 22-AD-00012 & 22-CI-00100 |


HONORABLE LORI N. GOODWIN, JUDGE,                                    APPELLEES
JEFFERSON CIRCUIT COURT; AND
HONORABLE KENNETH H. GOFF, II,
JUDGE, BRECKINRIDGE CIRCUIT COURT

AND

CABINET FOR HEALTH AND FAMILY                  REAL PARTIES IN INTEREST/
SERVICES; D.F.; S.M.H., A MINOR;                                     APPELLEES
H.H.; AND T.H.


## ORDER

The above-styled action came before the Court when the Appellant filed an action appealing the Court of Appeals' ruling regarding the custody of a child. However, after the appeal was filed, the Appellant signed a voluntary termination of her parental rights. The Appellees then filed a motion to dismiss as moot.

It is hereby ORDERED that the Appellee's motion to dismiss is GRANTED, and the case is removed from the Court's active docket.

All sitting. All concur.

ENTERED: February 15, 2024.

_____
CHIEF JUSTICE LAURANCE B. VANMETER